CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/4/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

SCEAUNCIA PARR, individually and as next friend of W.C.P., a minor; and W.C.P., a minor,

Plaintiffs,

v.

LYNCHBURG CITY SCHOOL BOARD,

Defendants.

Case No. 6:26-cv-00095

**NOTICE OF REMOVAL**

Defendant Lynchburg City School Board ("LCSB"), by undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, removes this civil action from the Circuit Court for the City of Lynchburg, Virginia to the United States District Court for the Western District of Virginia, Lynchburg Division. As grounds for removal, LCSB states as follows:

1. LCSB is the sole named defendant in an action commenced on July 2, 2026 in the Circuit Court for the City of Lynchburg, Virginia captioned *Sceauncia Parr, individually and as next friend of W.C.P., a minor; W.C.P., a minor v. Lynchburg City School Board*, Case No. CL26000612-00 (the "State Court Action").

2. In their complaint, Plaintiffs have brought a procedural due process claim against LCSB under 42 U.S.C. § 1983 and the Fourteenth Amendment to the United States Constitution (Count I), arising from LCSB's decision suspend W.C.P. from E.C. Glass High School for 90 days. Plaintiffs also have brought related claims under Virginia law for declaratory and injunctive relief, alleging that LCSB's suspension decision violated Virginia Code § 22.1-79.3:1(B)(5), (C) and

§ 22.1-277(A) (Count II) as well as Virginia Code § 22.1-277.05(C) (Count III). Finally, Plaintiffs have brought a procedural due process claim arising under Article I, Section 11 of the Constitution of Virginia (Count IV).

3. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending."

4. Removal is proper because this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, because Count I arises under the Constitution, laws, or treaties of the United States. The Court has supplemental jurisdiction over Counts II–IV of the Complaint, under 28 U.S.C. § 1367, because the state law claims asserted are so related to the federal claim that they form part of the same case or controversy.

5. The Circuit Court for the City of Lynchburg, Virginia is located within the Western District of Virginia, Lynchburg Division. *See* 28 U.S.C. § 127(b)–(c). Venue for this action is therefore proper in this Court because the Western District of Virginia, Lynchburg Division is the district and division embracing the place where the State Court Action is pending. *See* 28 U.S.C. § 1441(a).

6. LCSB was served with a copy of the complaint and summons on July 14, 2026. *See* Exhibit A. Accordingly, LCSB timely removed this action under 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A is a copy of all process, pleadings, and orders served upon LCSB in the State Court Action.

8. No previous application has been made for the relief requested herein.

9. By removing this action to this Court, LCSB does not waive any defenses, objections, or motions available under state or federal law. LCSB expressly reserves the right to move for dismissal of some or all of Plaintiffs' claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

For the foregoing reasons, removal of this case is proper and notice is hereby given that LCSB removes this action from the Circuit Court of the City of Lynchburg, Virginia to the United States District Court for the Western District of Virginia, Lynchburg Division.

Dated: August 4, 2026

Respectfully submitted,

By: /s/ Robert A. DeRise

Robert A. DeRise (VSB No. 78431)
WOODS ROGERS VANDEVENTER
BLACK, PLC
828 Main Street, 19th Floor
Lynchburg, Virginia 24504
Phone: (434) 846-9000
Fax: (434) 846-0337
robert.derise@woodsrogers.com

Jamie H. Wood (VSB No. 97297)
WOODS ROGERS VANDEVENTER
BLACK, PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7785
Facsimile: (540) 427-7479
jamie.wood@woodsrogers.com

*Counsel for*
*Defendant Lynchburg City School Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the Plaintiffs' counsel at the below address:

Elliott M. Harding (VSB No. 90442)
HARDING COUNSEL, PLLC
2805 Meadow Vista Dr.
Charlottesville, Virginia 22901
Phone: (434) 962-8465
elliott@hardingcounsel.com

/s/ Robert A. DeRise