UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SCEAUNCIA PARR, individually and as next friend of W.C.P., a minor; and W.C.P., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>LYNCHBURG CITY SCHOOL BOARD,<br><br>Defendants. | Case No. 6:26-cv-95 |

**MOTION FOR EXTENSION TO RESPOND TO COMPLAINT**

Defendant Lynchburg City School Board ("LCSB"), by undersigned counsel, respectfully requests that the Court extend LCSB's deadline to respond to Plaintiff's Complaint by ten (10) days, for the following reasons:

1. On July 2, 2026, Plaintiffs filed suit against LCSB in the Circuit Court for the City of Lynchburg, *Sceauncia Parr, individually and as next friend of W.C.P., a minor; W.C.P., a minor v. Lynchburg City School Board*, Case No. CL26000612-00 (the "State Court Action"). Plaintiffs have brought four claims against LCSB arising out of its decision to suspend W.C.P. from E.C. Glass High School for 90 days, including a procedural due process claim under 42 U.S.C. § 1983 and the Fourteenth Amendment to the U.S. Constitution, as well as claims that the decision ran afoul of Virginia statutes and the Virginia Constitution.

2. On July 14, 2026, Plaintiffs served LCSB with the Complaint in the State Court Action. *See* Dkt. 1 ¶ 6.

3. On this date, August 4, 2026, LCSB timely filed its Notice of Removal of the State Court Action to this Court, Dkt. 1, and filed with the Circuit Court for the City of Lynchburg a Notice of Filing Notice of Removal.

4. LCSB's current deadline to file its answer or otherwise respond to the Complaint is August 11, 2026. *See* Fed. R. Civ. P. 81(c)(2)(C).

5. A ten-day extension of LCSB's deadline to respond to the Complaint is warranted. Undersigned counsel (Ms. Wood) is scheduled to be in a civil jury trial this week (August 3–7, 2026). Given that this case involves multiple claims concerning discipline of a minor, ample time is needed to ensure responsive arguments and filings sufficiently protect all parties' confidentiality interests. In any event, this case is in its earliest stages. LCSB filed the Notice of Removal today. No case schedule, pretrial deadlines, or trial date have been set. No motion has been filed in state court or this Court. No hearing has been scheduled. As a result, LCSB anticipates that the requested extension of LCSB's response deadline will not result in any disruption to the Court's docket or calendar or prejudice to Plaintiff.

6. This is LCSB's first requested extension in this case.

7. Counsel for the Plaintiffs indicated he opposes this requested extension.

For these reasons, LCSB requests the Court grant this Motion and extend LCSB's deadline by ten (10) days such that its response to the Complaint would be due by or on August 21, 2026.

Dated: August 4, 2026

Respectfully submitted,

By: /s/ Robert A. DeRise

Robert A. DeRise (VSB No. 78431)
WOODS ROGERS VANDEVENTER
BLACK, PLC
828 Main Street, 19th Floor
Lynchburg, Virginia 24504
Phone: (434) 846-9119

Fax: (434) 846-0337
robert.derise@woodsrogers.com

Jamie H. Wood (VSB No. 97297)
WOODS ROGERS VANDEVENTER BLACK, PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7785
Facsimile: (540) 427-7479
jamie.wood@woodsrogers.com

*Counsel for*
*Defendant Lynchburg City School Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Robert A. DeRise
Robert A. DeRise