UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SCEAUNCIA PARR, individually and as next friend of W.C.P., a minor; and W.C.P., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>LYNCHBURG CITY SCHOOL BOARD,<br><br>Defendants. | Case No. 6:26-cv-95 |

**PROPOSED ORDER**

This matter is before the Court on Defendant Lynchburg City School Board ("LCSB")'s Motion for Extension of its deadline to respond to Plaintiffs' Complaint. Dkt. 2. For the reasons set forth therein, and finding good cause shown, the Court hereby **GRANTS** the Motion. LCSB's response to the Complaint will be due on or by August 21, 2026.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to counsel of record.

Entered this ____ day of August, 2026

______________________________
Judge