CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/5/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| Sceauncia Parr, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 6:26cv00095 |
| | ) | State Court No. CL26000612-00 |
| v. | ) | |
| | ) | **O R D E R** |
| Lynchburg City School Board, | ) | |
| | ) | |
| Defendant(s). | ) | |

This case was recently removed from the Circuit Court for City of Lynchburg to the United States District Court for the Western District of Virginia at Lynchburg. This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this court at 1101 Court Street, Suite A66, Lynchburg, VA 24504, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for City of Lynchburg.

ENTERED: August 5, 2026

United States District Judge