CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/5/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

SCEAUNCIA PARR, individually and as next friend of W.C.P., a minor; and W.C.P., a minor,

Plaintiffs,

v.

LYNCHBURG CITY SCHOOL BOARD,

Defendants.

Case No. 6:26-cv-95

**ORDER**

This matter is before the Court on Defendant Lynchburg City School Board ("LCSB")'s Motion for Extension of its deadline to respond to Plaintiffs' Complaint. Dkt. 2. For the reasons set forth therein, and finding good cause shown, the Court hereby **GRANTS** the Motion. LCSB's response to the Complaint will be due on or by August 21, 2026.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to counsel of record.

Entered this 5th day of August, 2026

Judge