**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

**SCEAUNCIA PARR,**
**individually and as next friend of W.C.P., a minor;**

**W.C.P., a minor,**

**Plaintiffs,**

**v.** **Case No. 6:26-cv-95**
**(EMERGENCY INJUNCTION)**

**LYNCHBURG CITY SCHOOL BOARD,**

**Defendant.**

---

# MOTION FOR PRELIMINARY INJUNCITION AND TEMPORARY RESTRAINING ORDER

NOW COME the Plaintiffs, Ms. Sceauncia Parr, individually and as next friend of her minor son W.C.P., and W.C.P., by and through counsel, and pursuant to Fed. R. Civ. P. 65, move for Preliminary Injunctive Relief and a Temporary Restraining order. A memorandum in support of this motion accompanies this motion.

In furtherance of this motion and the Verified Complaint against the Defendant, Lynchburg City School Board ("the Board"), the Plaintiffs state as follows.

1. The Plaintiffs are Ms. Sceuancia Parr, the mother and guardian of W.C.P. and W.C.P., who is a minor scheduled to start his senior year of high school at the Defendant's school, E.C. Glass, absent the suspension at issue in this case. *See* Exhibit A (Verified Complaint filed in the City of Lynchburg Circuit Court, removed on Aug. 4, 2026).
2. On July 2, 2026, the Plaintiffs filed their case via verified Complaint in the Circuit Court for the City of Lynchburg. This case was removed to federal court on August 4, 2026.

3. Absent the suspension at issue, W.C.P. would otherwise be physically present and start his senior year on August 18, 2026.
4. Due to the suspension at issue, W.C.P. has already suffered and will continue to suffer by his suspended absence from pre-season athletic participation including the E.C. Glass High School varsity golf program among other on-site activities.
5. Without this Court's intervention via a preliminary injunction and temporary restraining order, W.C.P. will continue to suffer irreparable injury due to the suspension from the beginning of his school year. The school year is to begin in one week.
6. The injuries incurred and projected are not subject to remediation or legal recourse, they are ongoing and immediate, and they warrant this court's immediate response and intervention given the rights that remain subject to injury.

WHEREFORE, the Plaintiffs respectfully request or this honorable Court to GRANT this motion and ORDER that the Defendant be temporarily restrained and enjoined from continuing to suspend W.C.P. from on-site and off-site school activities in full and ORDER that a hearing on the Plaintiffs' Motion for Preliminary Injunction be held at a time that is expedient and conducive for the Court and to ORDER the Defendant be preliminarily enjoined from any and all acts in furtherance of the suspension at issue in this case.

Respectfully submitted,

____/s___________________________
Elliott M. Harding, Esq. (VSB 90442)
HARDING COUNSEL, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Preliminary Injunction and Temporary Restraining Order was filed with the Clerk of Court this 13th day of August, 2026 and sent to opposing counsel via ECF notification.

Respectfully submitted,

____/s___________________________

Elliott M. Harding, Esq. (VSB 90442)
HARDING COUNSEL, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com
*Counsel for Plaintiffs*