# VERIFICATION

Commonwealth of Virginia, City of Lynchburg to wit:

Sceauncia Parr, being first duly sworn, states that she is a Plaintiff in the foregoing action and the guardian of W.C.P., a co-Plaintiff, that she has read the Complaint and Motion for a Preliminary Injunction Temporary Restraining Order, and that the factual allegations stated therein are true to the best of her knowledge, information, and belief.

Sceauncia Parr

Sceauncia Parr

Subscribed and sworn to before me this 11th day of August, 2026.

Pamela Lynn Burch-Napier

Notary Public

My commission expires: 06/30/2030

Pamela Lynn Burch-Napier
Commonwealth of Virginia
Notary Public
Commission No. 205405
My Commission Expires 6/30/2030