Exhibit 1

JE Chips

#

[redacted]


LTE
70
3:55
Reply...