Exhibit 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SCEAUNCIA PARR, individually and as next friend of W.C.P., a minor; and W.C.P., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>LYNCHBURG CITY SCHOOL BOARD,<br><br>Defendants. | Case No. 6:26-cv-95 |

**DECLARATION OF THE DIRECTOR OF STUDENT SERVICES**

I, Christopher Sumner, Ph.D., pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and submit this declaration based upon my personal knowledge and the following is true and correct to the best of my information and belief.

2. I submit this Declaration on behalf of Defendant Lynchburg City School Board for use in the above-captioned case.

3. I am employed as the Director of Student Services with Lynchburg City Schools ("LCS"), and have held that position since 2025. In this capacity, I am familiar with and have knowledge of LCS's electronic and paper records, recordkeeping procedures and systems, and including the documents identified herein.

4. On May 6, 2026, E.C. Glass High School's ("E.C. Glass") then-Principal Daniel Rule submitted a Behavioral Detail Report concerning disciplinary action for W.C.P.'s conduct. A true and accurate copy of the report is attached as Exhibit A.

5. Plaintiff Sceauncia Parr ("Ms. Parr"), W.C.P.'s mother and legal guardian, received a copy of the Behavioral Detail Report on May 7, 2026.

6. On May 7, 2026, then-Principal Rule sent a Notice of Long-Term Suspension Recommendation concerning W.C.P.'s conduct to Ms. Parr. A true and accurate copy of the notice and its contents is attached as Exhibit B.

7. Ms. Parr received a copy of the Notice of Long-Term Suspension Recommendation and its contents on May 7, 2026.

8. The Notice of Long-Term Suspension Recommendation reflects the following occurred as of May 7, 2026: (a) "The student [W.C.P.] has been informed of the reasons for the suspension and given an opportuinty to respond to the charges," and (b) "The parent [Ms. Parr] had been informed, Parr had been notified by telephone or in person of the reasons for the suspension recommendation, the length of suspension, educational options while on suspension, and the student has the right to return at the end of the suspension. The parent may contact the school Principal if they wish to request a review."

9. Records reflect that Sceauncia Parr ("Ms. Parr") was notified on May 11, 2026 by phone conversation and Google Calendar invite of the School Board Discipline Committee hearing.

10. On May 14, 2026, the Disciplinary Committee considered the above-referenced materials as well as letters submitted by W.C.P. and Ms. Parr on W.C.P.'s behalf. A true and accurate copy of those letters is attached as Exhibit D.

11. On May 15, 2026, LCS sent Ms. Parr a letter informing her of the Lynchburg City School Board Disciplinary Committee's decision issued the prior evening to suspend W.C.P. for 90 days. A true and accurate copy of the letter is attached as Exhibit C.

12. Ms. Parr received a copy of the letter on May 15, 2026.

I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my information and belief.

Executed on: ______________ 8/14/2026

Christopher M. Sumner, Ph.D.

**Total Demerits/Points: 0**

**25-26 ECG**

| | | | |
|---|---|---|---|
| **Alignment:** | Discipline | | |
| **Date/Time:** | 05/05/2026 11:55 AM | **Submitted:** | 05/06/2026 1:07 PM |
| **Damages:** | 0.00 | **Submitted By:** | RULE, DANIEL |
| **Location:** | Classroom1 | | |
| **Location Description:** | | | |
| **Context:** | During regular school day | | |
| **Context Description:** | | | |
| **Incident Details:** | The student posted an inappropriate snapchat post during class and sent it to a group of friends at another school. | | |

| | | | |
|---|---|---|---|
| **Event 1:** | Possession or use of portable communication devices in violation of school policy | | |
| **Role:** | Offender | **Demerits/Points:** | 0 |
| **Injury:** | No Injury | | |
| **Injury Description:** | | | |
| **Medical Service Provided:** | No | | |
| **Participant Details:** | [redacted] shared that he posted a picture, which was a list of JF lacrosse players names, on Snapchat and sent to a group of friends. This post included many comments next to player names like, [redacted] (the picture is attached). This post was shared beyond the group of friends and was seen by other students as well as adults in the community. The impact of this post has involved resources beyond the school (like Lynchburg Police Department) to ensure the safety of the environment of an upcoming game between the two schools. | | |

| | | | |
|---|---|---|---|
| **Resolution 1:** | Short term suspension with Instructional Support | | |
| **Assign Date:** | 05/06/2026 | | |
| **Start Date:** | 05/06/2026 | **Start Time:** | 10:00 AM |
| **End Date:** | 05/19/2026 | **End Time:** | |

**Behavior Admin Staff Name:** RULE, DANIEL

**Duration:** 10.00 Days

**Attendance Code:** AOS: ABSENT OUT-OF-SCHOOL SUSPENSION

**Resolution Details:** The student will be suspended for 10 days and appear before the division disciplinary committee and/or long term suspension hearing officer, Dr. Sumner. Should you want a 'Suspension Review' you must request this by emailing Dr.Rule (ruledj@lcsedu.net) or contacting Mrs. Carter-Waller (carterth@lcsedu.net) in our front office within 24 hours of being aware of this referral. The parent has been notified of the resolution and her rights for a suspension review. The office of student services will be in touch via Ms. King (kingcn@lcsedu.net). If you have questions for the office of student services please put them in writing to Ms. King, the administrative assistant for Student Services, at kingcn@lcsedu.net

Parent/Guardian ____________________ Date ____________

Administrator ____________________ Date ____________

EXHIBIT A

A TRADITION OF EXCELLENCE FOR ALL

LCS

LYNCHBURG CITY SCHOOLS

**Lynchburg City Schools**
**Long-Term Suspension Recommendation Check List**

**Student:** [redacted]

☒ 1. **NOTICE OF LONG-TERM SUSPENSION RECOMMENDATION** – Record the suspension packet preparation date on the Notice of Long Term Suspension Recommendation form. The "Summary of Incident" section should correspond to **School Board Policy JGD/JGE**. The principal must sign the Notice of Long-Term Suspension Recommendation.

**Page 2 –** Notice of Long-Term Suspension
- Previous contact with home – brief comments, when necessary with discipline
- Referral(s) to other agencies – brief comments.

☒ 2. **STUDENT INFORMATION SUMMARY SHEET**
- Include **ONLY** current year out-of-school suspensions.
- Manifestation determination should be included if applicable

☒ 3. **STUDENT REFERRAL FORM** - Include a copy of the Student Referral Form from Infinite Campus. The Offense Code and Action Code sections of this form should be completed using the directions given by the Virginia Department of Education and the information technology department.

☒ 4. **INCIDENT REPORTING FORM** – Each hand-written form must be legible. If not, a typed copy (word-for-word, letter-for-letter, including all cross-outs, other symbols, shapes, etc.) must be attached to the hand-written form. This applies for every Incident Reporting Form submitted by every witness; including the alleged accused, alleged victim and all other witnesses such as students, faculty and staff. (send to Department of Student Services ONLY, except for specific student's Incident Reporting Form)

☒ 5. **PREVIOUS DISCIPLINARY RECORD (current year only)** – Print from Infinite Campus: Behavior Detail Report (select "print current calendar") And previous year (change year in top left to the previous school year and select "print current calendar")

☒ 6. **ACADEMIC RECORD** – Print from Infinite Campus: schedule (select "print"), most recent report card (select "grades"), for HIGH SCHOOL STUDENTS ONLY a transcript (choose a transcript format" select "default"), and for Middle School Students Only a copy of the previous year's grades as well.

☒ 7. **ATTENDANCE RECORD** - Print from Infinite Campus: Attendance: daily detail. Include current year. For attendance not available in Infinite Campus, provide a photocopy from the permanent record folder.

☒ 8. **DISCIPLINE CODES** – Include Virginia Department of Education offense codes. *Highlight on SBAR code chart attached.*

☒ 9. **STUDENT/ PARENT DUE PROCESS RIGHTS (Short-Term Suspension)**

☒ 10. **COLLECTION OF EVIDENCE – WITHIN 48 HOURS OF INCIDENT:** the principal must tag and send all evidence collected to the student services department.

☒ 11. **ELECTRONIC COPY OF SUSPENSION PACKET – WITHIN 48 HOURS OF INCIDENT:** Email this packet to the secretary of student services. Send the original packet, including all signed pages through inter-office mail when the secretary of student services notifies you that



EXHIBIT B

the packet is complete, error-free, and ready to be presented to the School Board Discipline Committee.

SPECIAL EDUCATION

*Special education (check if student is receiving services). The director of special education should be notified immediately.*

*E-mail the results of the manifestation meeting to the director and secretary of student services and to the director of special education.*

*The Parental Rights information should be given to the parent/guardian with the suspension packet.*

Please check to indicate that the above information is being sent. It is imperative that all copies are **clear and concise.**

School:E.C. Glass High School

Principal:Dr. Dani Rule

(Signature):

Date information emailed to the director and secretary of student services: 5/8/2026
(Send the Long-Term Suspension Checklist along with the completed Long-Term Suspension packet and all attachments to the director and secretary of student services.)

A TRADITION OF EXCELLENCE FOR ALL

LCS

LYNCHBURG CITY SCHOOLS

# Notice of Long-Term Suspension Recommendation

TO: Sceauncia Parr Today's Date: 5/7/2026

RE: [redacted]

Suspension Begins: 5/6/2026 Date of Incident: 5/6/2026
Student may not return to school until after Long Term Hearing: TBD

**Student Data**
Date of Birth: [redacted] Grade: 11 Student Number: [redacted]
Date(s) of previous suspensions, current school year only: N/A

**Principal's Statement**
This is to notify you that I am suspending [redacted] for 10 school days and that I will forward a recommendation to the superintendent that the LCS Hearing Officer or Lynchburg City School Board consider a:

☒ Long-term suspension for up to 364 days and placement at alternative education.
☐ Expulsion 365 days with review by the School Disciplinary Committee for re-admittance.

[redacted] is not to be at school, at any school activities, or on any Lynchburg City School's grounds for any reason during the period of this suspension. If inclement weather, add one day for each day school is not in session.

<u>VDOE Offense Code(s) Violated by Student</u>:
BSO13

**Summary of Incident:** The student posted an inappropriate snapchat post during class and sent it to a group of friends at another school. [redacted] shared that he posted a picture, which was a list of JF lacrosse players names, on Snapchat and sent to a group of friends. This post included many comments next to player names like, [redacted] (the picture is attached). This post was shared beyond the group of friends and was seen by other students as well as adults in the community. The impact of this post has involved resources beyond the school (like Lynchburg Police Department) to ensure the safety of the environment of an upcoming game between the two schools

---

(☒) The student has been informed of the reasons for the suspension and given an opportunity to respond to the charges.
(☒) The parent has been informed, by telephone or in person, of the reasons for the suspension recommendation, the length of suspension, educational options while on

suspension, and the student has the right to return at the end of the suspension. The parent may contact the school Principal if they wish to request a review.

(☐)The parent was unable to be contacted by phone, a message was left with the emergency contact for the parent to return the call to the administrator.

(☐) The emergency contact was not available by phone, a message was left with the emergency contact for the parent to return the call to the administrator.

______________________________
Principal

______________________________
Assistant Principal

Original to Parent
Copies to: School Principal
Director of Student Services

# STUDENT INFORMATION SUMMARY SHEET

**Name of Student:** [redacted]

**Student Number:** [redacted]

**Address:** [redacted]

**Gender:** Male

**Date of Birth:** [redacted]

**Race:** White

**Guardian(s):** Sceauncia Parr

**School:** E.C. Glass High School

**Grade:** 11

*****************************************************************************************************

**Date of Incident:5/5/2026**

**Summary of Incident:** The student posted an inappropriate snapchat post during class and sent it to a group of friends at another school. [redacted] shared that he posted a picture, which was a list of JF lacrosse players names, on Snapchat and sent to a group of friends. This post included many comments next to player names like, [redacted] (the picture is attached). This post was shared beyond the group of friends and was seen by other students as well as adults in the community. The impact of this post has involved resources beyond the school (like Lynchburg Police Department) to ensure the safety of the environment of an upcoming game between the two schools.

**Copy of current incident:** *Include a copy of the referral for the incident in which the student is being referred to the school board*

**Past disciplinary record (current year only):** *Include copies of referrals from Infinite Campus for the current year.*

**Academic performance (Most recent grades and transcripts):** *Include a copy of grades from Infinite Campus for the current year and transcripts for high school students.*

**Attendance record:** *Include a copy of the attendance record for the current year.*

**Does this student have an IEP: No**

**Results of manifestation meeting: N/A**

**Referral to Other Agencies:**

**Comments:** Click or tap here to enter text.

# Behavior Detail Report

**Name:** [redacted] **Grade: 11**

**25-26 ECG** **Total Demerits/Points: 0**

**Alignment:** Discipline

**Date/Time:** 05/05/2026 11:55 AM **Submitted:** 05/06/2026 1:07 PM

**Damages:** 0.00 **Submitted By:** RULE, DANIEL

**Location:** Classroom1

**Location Description:**

**Context:** During regular school day

**Context Description:**

**Incident Details:** The student posted an inappropriate snapchat post during class and sent it to a group of friends at another school.

**Event 1:** Possession or use of portable communication devices in violation of school policy

**Role:** Offender **Demerits/Points:** 0

**Injury:** No Injury

**Injury Description:**

**Medical Service Provided:** No

**Participant Details:** [redacted] shared that he posted a picture, which was a list of JF lacrosse players names, on Snapchat and sent to a group of friends. This post included many comments next to player names like, [redacted] (the picture is attached). This post was shared beyond the [redacted] students as well as adults in the community. The impact of this post has involved resources beyond the school (like Lynchburg Police Department) to ensure the safety of the environment of an upcoming game between the two schools.

**Resolution 1:** Short term suspension with Instructional Support

**Assign Date:** 05/06/2026

**Start Date:** 05/06/2026 **Start Time:** 10:00 AM

**End Date:** 05/19/2026 **End Time:**

**Behavior Admin Staff Name:** RULE, DANIEL

**Duration:** 10.00 Days

**Attendance Code:** AOS: ABSENT OUT-OF-SCHOOL SUSPENSION

**Resolution Details:** The student will be suspended for 10 days and appear before the division disciplinary committee and/or long term suspension hearing officer, Dr. Sumner. Should you want a 'Suspension Review' you must request this by emailing Dr.Rule (ruledj@lcsedu.net) or contacting Mrs. Carter-Waller (cartertn@lcsedu.net) in our front office within 24 hours of being aware of this referral. The parent has been notified of the resolution and her rights for a suspension review. The office of student services will be in touch via Ms. King (kingcn@lcsedu.net). If you have questions for the office of student services please put them in writing to Ms. King, the administrative assistant for Student Services, at kingcn@lcsedu.net

Parent/Guardian ____________________ Date ____________

Administrator ____________________ Date ____________

Hello, I recently produced a list of highly negative words relating to JF lacrosse players, a list made to "match" what I feel has been communicated in this rivalry. But I realize after going through this process, and reflectin that it was completly the wrong move and I understand possible consequences that I will face. Outside of the remorse and guilt I feel, I feel worst for whos trauma I caused to resurface, as that was completly out of mind when making it, and I should have reconsidered or at least been more empathetic. Overall I have learned to not to get caught up in the tension, as I never want to go through this process again, and the feeling associated it. I sincerly apologize to the JF boys lacrosse team, as even though yall have not shown kindness to me, I still took it to far. I also apologize to the parents that had to read negative things about [illegible] [illegible] that is another unintended result of this

whole conclusion [illegible]. I [illegible] to apologize to anyone who's trauma I caused to resurface. This experience has taught me a good amount, I do not plan to commit anything similar again in my career.

Thank you,

-[redacted]

5/6/26

Hello, I recently produced a list of negative words relating to JF lacrosse players, a list made to "match" what i feel has been communicated in this rivalry. But I realize after going through this process, and reflecting that it was completely the wrong way and I understand possible consequences that I will face. Outside of the remorse and guilt I feel I feel worst for whos trauma I caused to resurface that was completely out of mind when making it, and I should have reconsidered or at least been were empathetic. Overall I have learned to not get caught up in the tension, us I never want to go through this process again and feeling associated it. I sincerely apologize to the JF boys lacrosse team as even though yall have not shown kindness to me I still took it too far. I also apologize to the parents that had to read the negative things about their sons that is another unintended result of this whole conundrum . Finally, and as mentioned earlier I apologize to anyone who's trauma I caused to resurface. This experience has taught me a good amount, I do not plan to commit anything similar again in my career.

Thank You

[redacted]

JF Chaps

[redacted]


3:55
LTE
Reply...

[redacted]

Received by Dr. Ru[illegible]
@11:15 5/6/26

Started by hearing rumors/threats/hateful words from jf players across the last months/upcoming weeks, for example their instagram stories saying "hate week" and some of their players antagonizing our coach online, and after hearing this stuff from friends all across jf I decided to ask who was saying it, so I contacted friends that go there and compiled info on each player to get an idea of who these guys are, and eventually finding out bad stuff they have done. So after receiving that we put it on paper, adding on what we possibly know about each player too - as some of them are close friends that we are in contact with - After the list was produced I sent a picture of it on my desk to a tight knit group chat - with the girl who told us/confirmed these facts about these players and said "keep this between us, I don't want it getting out" because I didn't. But she shared it to I believe one of her teammates who then shared it to a parent, causing it to spiral and became a bigger deal than it was ever meant too,

Started by hearing rumors/threats/ hateful words from JF players across the last months/ upcoming weeks, for example their instagram stories saying "hate week" and some of their players antagonizing our coach online, and after hearing this stuff from friends all across JF I decided to ask who was saying it so I contacted friends that go there and compiled info on each player to get an idea of who these guys are, and eventually finding out some bad stuff they have done. So after receiving that we put it on paper, adding on what we possible knew about each player too as some of them are close friends that we are in contact with. After the list was produced I sent a picture of it on my desk to a tight knit group chat with the girl who told us confirmed these facts about there players and said "keep this between us" I don't want it getting out because I didn't . But she shared it to I believe one of her teammates she then shared it to a parent causing it to spiral and became a bigger deal than it was ever meant too.

Received by Dr. Rule 5/6/2026

# Behavior Detail Report

**Name:** [redacted] **Grade:** 11

**Total Demerits:** 0 **Total Points:** 0

**25-26 ECG**

**Date:** 05/05/2026 **Time:** 11:55 AM

**Submitted By:** RULE, DANIEL

**Alignment:** Discipline

**Damages:** 0.00

**Location:** Classroom1

**Location Description:**

**Context:** During regular school day

**Context Description:**

**Incident Details:** The student posted an inappropriate snapchat post during class and sent it to a group of friends at another school.

**Event:** Possession or use of portable communication devices in violation of school policy

**Role:** Offender

**Demerits/Points:** 0

**Injury:** No Injury

**Injury Description:**

**Medical Service Provided:** No

**Participant Details:** [redacted] shared that he posted a picture, which was a list of JF lacrosse players names, on Snapchat and sent to a group of friends. This post included many comments next to player names like, [redacted] (the picture is attached). This post was shared beyond the group of friends and was seen by other students as well as adults in the community. The impact of this post has involved resources beyond the school (like Lynchburg Police Department) to ensure the safety of the environment of an upcoming game between the two schools.

**Resolution 1:** Short term suspension with Instructional Support

**Assign Date:** 05/06/2026

**Start Date:** 05/06/2026

**Start Time:** 10:00 AM

**End Date:** 05/19/2026

**End Time:**

**Behavior Admin Staff Name:** RULE, DANIEL

**Duration:** 10.00 Days

**Attendance Code:** AOS: ABSENT OUT-OF-SCHOOL SUSPENSION

**Resolution Details:** The student will be suspended for 10 days and appear before the division disciplinary committee and/or long term suspension hearing officer, Dr. Sumner. Should you want a 'Suspension Review' you must request this by emailing Dr.Rule (ruledj@lcsedu.net) or contacting Mrs. Carter-Waller (cartertn@lcsedu.net) in our front office within 24 hours of being aware of this referral. The parent has been notified of the resolution and her rights for a suspension review. The office of student services will be in touch via Ms. King (kingcn@lcsedu.net). If you have questions for the office of student services please put them in writing to Ms. King, the administrative assistant for Student Services, at kingcn@lcsedu.net

[redacted]

**E C GLASS HIGH SCHOOL**
2111 MEMORIAL AVE
LYNCHBURG, VA 24501
(434)515-5370

2025 - 2026 Report Card
Grade: 11 Student ID: [redacted]
Generated on 05/07/2026 02:41:36 PM

## Attendance Summary By Term:

| Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|
| [redacted] | | | | |

## Grade Report:

[redacted]

| Academic Performance Level for Pass/Fail | | | |
|---|---|---|---|
| P | F | WP | WF |
| Pass | Fail | Withdrawal Pass | Withdrawal Fail |

| Academic Performance Level for Regular | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A+ | A | A- | B+ | B | B- | C+ | C | C- | D+ | D | D- | P | WP | F | WF | INC |
| 99-100 | 93-98 | 90-92 | 88-89 | 83-87 | 80-82 | 78-79 | 73-77 | 70-72 | 68-69 | 63-67 | 60-62 | Pass | WP | 0-59 | WF | Incomplete |
| 4.00 | 4.00 | 4.00 | 3.00 | 3.00 | 3.00 | 2.00 | 2.00 | 2.00 | 1.00 | 1.00 | 1.00 | | | 0.00 | | |

Parent/Guardian of [redacted]

[redacted]

E C GLASS HIGH SCHOOL Transcript
Tel: (434)515-5370
2111 MEMORIAL AVE, LYNCHBURG, VA 24501

[redacted]

Generated on 05/07/2026 02:41:59 PM 

## Enrollment History

[redacted]

## Transcript Statistics

Cumulative GPA (Weighted)
Class Rank
Percentile

[redacted]

Student #: [redacted]
Current Grade: 11
Birthdate: [redacted]
Commonwealth Scholar:
Early College Scholar:

### Courses Taken 2020-2021 Grade 06
from 0350 LINKHORNE MIDDLE SCHOOL

| Course | Mark | Weight | Credit | Verified Credit |
|---|---|---|---|---|

[redacted]

### Courses Taken 2021-2022 Grade 07
from 0350 LINKHORNE MIDDLE SCHOOL

| Course | Mark | Weight | Credit | Verified Credit |
|---|---|---|---|---|

[redacted]

### Courses Taken 2022-2023 Grade 08
from 0350 LINKHORNE MIDDLE SCHOOL

| Course | Mark | Weight | Credit | Verified Credit |
|---|---|---|---|---|

[redacted]

### Courses Taken 2023-2024 Grade 09
from 0260 E C GLASS HIGH SCHOOL

| Course | Mark | Weight | Credit | Verified Credit |
|---|---|---|---|---|

[redacted]

### Courses Taken 2024-2025 Grade 10
from 0260 E C GLASS HIGH SCHOOL

| Course | Mark | Weight | Credit | Verified Credit |
|---|---|---|---|---|

[redacted]

[redacted]

## Credit Summary

| High School | Attempted | Earned |
|---|---|---|
| [redacted] | | |

| Middle School | Attempted | Earned |
|---|---|---|
| [redacted] | | |

| Verified Credits | Attempted | Earned |
|---|---|---|
| [redacted] | | |

**Total Credits**

[redacted]

# Student Daily Attendance Detail


Generated: 05/07/2026 02:42:36 PM

[redacted]

Missed Days Summary (Excludes Exempt)

| Term | Days Missed |
|---|---|
| [redacted] | |

Daily Minute Summary (Excludes Exempt)

| Date | Minutes | Half/Whole Day |
|---|---|---|
| [redacted] | | |

| Behavior Code | Description | Victim Count Required | Reports to Law Enforcement | Divison Level of Response |
|---|---|---|---|---|
| **BAP: Behaviors that Impede the Academic Progress (BAP) of the student or of other students** | | | | |
| BAP1 | Interfering with learning in the classroom (examples include talking, excessive noise, off-task, out of seat, possessing items that distract) Student is in an unauthorized area of campus (NOT related to school or class attendance/nonattendance). | No | No | |
| BAP2 | Interfering with learning outside of the classroom (examples include excessive noise, interrupting a class) | No | No | |
| BAP3 | Scholastic dishonesty (such as cheating, plagiarism) | No | No | |
| BAP4 | Unexcused tardiness to class | No | No | |
| BAP5 | Unexcused tardiness to school | No | No | |
| **BSO: Behaviors related to School Operations (BSO) interfere with the daily operation of school procedures** | | | | |
| BSO1 | Altering an official document or record | No | No | |
| BSO2 | Giving false information, misrepresentation | No | No | |
| BSO3 | Refusal to comply with requests of staff in a way that interferes with the operation of school | No | No | |
| BSO5 | Failure to attend assigned disciplinary setting (detention, in-school suspension, Saturday school) | No | No | |
| BSO6 | Bringing unauthorized persons to school or allowing unauthorized persons to enter the school building | No | No | |
| BSO7 | Dress Code Violation | No | No | |
| BSO8 | Gambling (games of chance for money or profit) | No | No | |
| BSO9 | Possessing items that are inappropriate for school (examples include toys, literature, electronics) | No | No | |
| BSO10 | Possession of stolen items | **Yes** | No | |
| BS011 | Unauthorized use of school electronic or other equipment | No | No | |
| BSO12 | Violation of the Acceptable Use of Technology/internet policy | No | No | |
| BSO13 | Violation of school board policy regarding the possession or use of portable communication devices | No | No | |
| BSO14 | Vandalism, graffiti or other damage to school or personal property | No | No | |
| BSO15 | Student is not going to class as assigned | No | No | |
| BSO16 | Student is in an unauthorized area of campus (NOT related to school or class attendance/nonattendance) | No | No | |
| **RB: Relationship Behaviors (RB) create a negative relationship between two or more members of the school community (No physical harm is done.)** | | | | |
| RB1 | Bullying with no physical injury (See Model Policy to Addressing Bullying in Virginia's Public Schools) Threatening, intimidating, or instigating violence, injury or harm to a staff member or members (not including written threats) | **Yes** | No | |

| | | | | |
|---|---|---|---|---|
| RB2 | Cyberbullying (See Model Policy to Addressing Bullying in Virginia's Public Schools) | Yes | No | |
| RB3 | Posting, distributing, displaying, or sharing inappropriate material or literature, including using electronics means | No | No | |
| RB4 | Saying or writing either directly or through electronic communication sexually suggestive comments, innuendos, propositions, or other remarks of a sexual nature | No | No | |
| RB5 | Stealing money or property without physical force | Yes | No | |
| RB6 | Speaking to another in an uncivil, discourteous manner | No | No | |
| RB7 | Teasing, taunting, engaging in a verbal confrontation, verbally inciting a fight | No | No | |
| RB8 | Using profane or vulgar language or gestures (swearing, cursing, hate speech, gang signs or gestures) | No | No | |
| RB9 | Using slurs based upon the actual or perceived race, ethnicity, color, national origin, citizenship/immigration status, weight, gender, gender identity, gender expression, sexual orientation, or disability | Yes | No | |
| RB10 | Failure to respond to questions or requests by staff | No | No | |
| RB11 | Unwanted or inappropriate physical contact | No | No | |
| **BSC: Behaviors of a Safety Concern (BSC) create unsafe conditions for students, staff, and/or visitors to the school.** | | | | |
| BSC1 | Alcohol: Possessing, using, or being under the influence of alcohol | No | No | |
| BSC2 | Alcohol: Distributing alcohol to other students | No | No | |
| BSC3 | Drugs: Possessing drug paraphernalia | No | No | |
| BSC4 | Drugs: Violating school board non-prescription (Over the counter) medication policy or look-alike drug policy | No | No | |
| BSC5 | Tobacco: Possessing/Using/Distributing tobacco products, possessing tobacco paraphernalia, electronic cigarettes, vaping equipment | No | No | |
| BSC6 | Bullying Behavior without physical injury that continues after intervention (See Link: Model Policy to Addressing Bullying in Virginia's Public Schools) Bullying that leads to physical injury should be classified as Assault and Battery. | Yes | No | |
| BSC7 | Cyberbullying that continues after intervention (See Link: Model Policy to Addressing Bullying in Virginia's Public Schools) Cyberbullying that relates a threat to the safety of students and staff should be treated with a higher level of intervention and consequences. | Yes | No | |
| BSC8 | Harassment: Repeatedly annoying or attacking a student or a group of students or personnel creating an intimidating or hostile educational or work environment | Yes | No | |
| BSC9 | Bus: Distracting the bus driver | No | No | |
| BSC10 | Bus: Endangering the safety of others on the bus | No | No | |
| BSC11 | Fire alarm: Falsely activating a fire or other disaster alarm | No | No | |

| | | | | |
|---|---|---|---|---|
| BSC12 | Fire Related: Possessing items that could be used to start or cause a fire or produce large amounts of smoke | No | No | |
| BSC13 | Engaging in reckless behavior the creates a risk of injury to self or others | No | No | |
| BSC14 | Fighting that results in no injury as determined by the school administration | No | No | |
| BSC15 | Inciting or causing a substantial disturbance to the operation of school or the safety of staff and/or students | No | No | |
| BSC16 | Throwing an object that has the potential to cause a disturbance, injury, or property damage | No | No | |
| BSC17 | Shoving, pushing, striking, biting another a student with no visible injury | No | No | |
| BSC18 | Exposing body parts, lewd or indecent public behavior | **Yes** | No | |
| BSC19 | Physical contact of a sexual nature – patting body parts, pinching, tugging clothing | **Yes** | No | |
| BSC21 | Stalking as described in the *Code of Virginia* section 18.2-60.3 | **Yes** | **Yes** | |
| BSC22 | Stealing money or property using physical force (no weapon involved) | **Yes** | No | |
| BSC24 | Leaving school grounds without permission | No | No | |
| BSC25 | Trespassing | No | No | |
| BSC26 | Possessing dangerous instruments/substances that could be used to inflict harm upon another | No | No | |
| BSC27 | Weapons: Possessing any weapon (other than a firearm) as defined by § 18.2-308.1. | No | No | |
| **BESO: Behaviors that Endanger Self or Others (BESO) These behaviors endanger the health, safety, or welfare of either the student or others in the school community.** | | | | |
| BESO1 | Assault: Intending to cause physical injury to another person | **Yes** | No | |
| BESO2 | Assault and Battery: Causing physical injury to another person | **Yes** | No | |
| BESO3 | Fighting: The use of physical violence between students or on another person where there is minor injury as determined by the school administration | No | No | |
| BESO4 | Striking Staff: The use of force against a staff member when no injury is caused | **Yes** | No | |
| BESO5 | Drugs: Possessing controlled substances, illegal drugs inhalants, or synthetic hallucinogens or unauthorized prescription medications | No | No | |
| BESO6 | Drugs: Being under the influence of controlled substances, illegal drugs, inhalants, or synthetic hallucinogens or unauthorized prescription medications | No | No | |
| BESO7 | Drugs: Using controlled substances or using illegal drugs or synthetic hallucinogens or unauthorized prescription medications | No | No | |

| | | | | |
|---|---|---|---|---|
| BESO9 | Fire: Attempting to set, aiding in setting, or setting a fire | No | No | |
| BESO10 | Gang-Related Behavior: Engaging in threatening or dangerous behavior that is gang-related as defined in §18.2-46.1 | No | No | |
| BESO11 | Hazing as defined in §18.2-56 and noted in § 22.1-279.6. | **Yes** | No | |
| BESO12 | Threatening, intimidating, or instigating violence, injury or harm to a staff member or members **(not including written threats)** | **Yes** | No | |
| BESO13 | Threatening, intimidating, or instigating violence, injury or harm to another student(s) or other(s) **(not including written threats)** | **Yes** | No | |
| BESO14 | Threatening, intimidation, or instigating violence, injury or harm to another student(s) or other(s) **in writing and social media posts which includes videos/pictures. If the written or social media threat is to a staff member, a report to law enforcement is required unless the student making the threat has a disability** | **Yes** | **Report to Law Enforcement when the victim is a staff member** | |
| BESO15 | Using an object not generally considered to be a weapon to threaten or attempt to injure school personnel | **Yes** | No | |
| BESO16 | Using-an object not generally considered to be a weapon to threaten or attempt to injure students or others | **Yes** | No | |
| BESO17 | Bomb threat –Making a bomb threat | **Yes** | **Report to Law Enforcement** | |
| BESO18 | A crime in the community where the student was charged with an offense relating to the Commonwealth's laws, but required to be disclosed to the superintendent of the school division pursuant to § 16.1-260(G) | No | Law Enforcement reports to the Division (Superintendent) | |
| **PD: Behaviors described in the Virginia's Unsafe School Choice Option Policy required by the federal Every Student Succeeds Act of 2015.** | | | | |
| | **Sub-Category I** | | | |
| PD1 | Homicide – Firearm<br>*Homicide includes any death resulting from causes other than natural, accidental, or suicide* | **Yes** | **Yes** | |
| PD2 | Homicide - Other Weapon<br>*Homicide includes any death resulting from causes other than natural, accidental, or suicide* | **Yes** | **Yes** | |
| PD3 | Sexual Assault<br>A sexual assault offense is defined as sexual penetration without consent and includes statutory rape and carnal knowledge of a minor.<br>"Carnal knowledge" includes the acts of sexual intercourse, cunnilingus, fellatio, anilingus, anal intercourse, and animate and inanimate object sexual penetration.<br>§ 18.2-63. Carnal knowledge of child between thirteen and fifteen years of age | **Yes** | **Yes** | |

| | | | | |
|---|---|---|---|---|
| PD4 | Attempted Sexual Assault<br>A sexual assault offense is defined as sexual penetration without consent and includes statutory rape and carnal knowledge of a minor.<br>"Carnal knowledge" includes the acts of sexual intercourse, cunnilingus, fellatio, anilingus, anal intercourse, and animate and inanimate object sexual penetration.<br>§ 18.2-63. Carnal knowledge of child between thirteen and fifteen years of age | Yes | Yes | |
| PD5 | Use of a Bomb<br>*Use of bomb includes any explosive device* | Yes | Yes | |
| | **Sub-Category II** | | | |
| PD6 | Assault with Firearm or Weapon<br>*Assault with a firearm or other weapon includes the intentional causing of bodily harm to an individual with a weapon* | Yes | Yes | |
| PD7 | Actual or Attempted Robbery | Yes | Yes | |
| PD8 | Kidnapping/Abduction | Yes | Yes | |
| PD9 | Malicious Wounding without a Weapon<br>*Malicious wounding without a weapon includes intentionally causing another person bodily injury, with the intent to maim, disfigure, disable, or kill* | Yes | Yes | |
| PD10 | Aggravated Sexual Battery on a Student<br>*Aggravated sexual battery includes sexual battery and abuse against a person less than fifteen years of age* | Yes | Yes | |
| | **Sub-Category III** | | | |
| PD11 | Illegal Possession of Handgun | No | Yes | |
| PD12 | Illegal Possession of Rifle or Shotgun | No | Yes | |
| PD13 | Illegal Possession of Any Other Projectile Weapon | No | Yes | |
| PD14 | Illegal Possession of Bomb | No | Yes | |
| PD15 | Illegal Possession of Other Firearms: firebombs, explosive materials or devices, hoax explosive devices per § 18.2-85, or explosive incendiary devices, as defined in § 18.2-433.1, or chemical bombs per § 18.2-87.1 | No | Yes | |
| PD16 | Illegal Possession of Controlled Drugs and Substances with Intent to Distribute or Sell<br>*The definition of drugs refers to Schedules I, II, and III of the Drug Control Act (§ 54.1-3400 et seq.) and marijuana* | No | Yes | |

## STUDENT/PARENT DUE PROCESS RIGHTS
## Short-Term Suspensions (10 suspension days or less)

1. The student should be given the opportunity for an informal hearing, be told of the allegations and be given an opportunity to respond before any discipline decisions are rendered.

2. If the school administrator decides to suspend the student for 10 days or less, the administrator shall attempt to contact the parent/guardian by telephone on the day of the suspension to inform him/her of the incident and the disciplinary action. The administrator will also give the student a written notice of the suspension and mail a copy to the student's parent/guardian.

3. The parent/guardian has the right to request a review of a short term suspension if he/she (a) disputes the facts of the case, (b) believes his/her student's rights have been violated, or (c) disputes the length of the suspension.

4. To request a review of a suspension, the parent/guardian must make a request to the building principal within two school day of the notice of suspension. If the parent/guardian does not make a request within two school day, the right to a review is waived.

5. After meeting with the building principal, the parent/guardian must make a written or verbal request to the Director of Student Services within **two** school days of the notice of suspension. **If the parent/guardian does not make a request within two school days, the right to a review is waived.**

6. The student will remain in the school pending the outcome of the review, unless the principal deems the situation dangerous or disruptive to the school environment in which case the student will not be allowed to remain in the school pending the outcome of the review.

7. The Director or Supervisor of Student Services shall inform the parent/guardian of the decision of the Superintendent or the Superintendent's designee to confirm, reduce, or disapprove a suspension. The decision of the Superintendent or Superintendent's designee is final and cannot be appealed to the School Board.

8. Students with disabilities are entitled to:

   a. The same due process rights available to non-disabled students. In addition, students with disabilities are entitled to the procedural protections available under the Individuals with Disabilities Education Act, as amended, and/or Section 504 of the Rehabilitation Act of 1973, as amended, and any applicable federal and state implementing regulations. The procedures outlined in Policy JGDA must also be followed.

LYNCHBURG CITY SCHOOLS
10TH AND COURT STREETS
LYNCHBURG, VA 24504

SECTION 504

PARENT RIGHTS AND PROCEDURAL SAFEGUARDS
*(For students eligible under section 504 of the Rehabilitation Act)*

Free Appropriate Education. You have the right to a free and appropriate public education in the least restrictive environment for your child.

1. Your child is to be educated with nonhandicapped, age-appropriate children to the maximum extent appropriate.

2. All assessments needed for evaluation are to be provided at no cost to you.

Information. You have the right to be fully informed about your child. This means that:

1. You must be informed of the nature of tests and evaluation utilized by the school to assess your child. These tests and evaluations must not be either culturally or racially discriminatory.

2. You must receive written notice when the school proposes or refuses to evaluate your child or to change the educational placement of your child.

3. You must receive a copy of your child's Section 504 Accommodation Plan at no cost to you.

4. Your child's educational records, evaluations, and reports must be treated in a confidential manner and must be made available for you to inspect and review upon request. The school must grant your request immediately if possible, but in no case more than five administrative working days after the date of your request. If the school determined that it is practically impossible to provide the requested records or to determine whether they are available within the five administrative working days, you must be informed and then the school will have an additional seven working days to provide the requested records.

Consent. You have the right to give written permission before:

1. Your child is given individual tests or evaluations.

2. A significant change in your child's educational placement is made. This does not apply to expulsion and graduation.

3. Any confidential information is released to another agency.

**Note: Release of academic records will be implemented as per the management of students scholastic records.**

Participation. You have the right to the opportunity to participate in conferences regarding the development of your child's Section 504 Accommodation Plan.

Parent/School Disagreement. You have the right to disagree on matters relating to the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education. Both you and the school may request informal mediation and/or an impartial due process hearing to appeal refusals for evaluation or the provision of services. TO REQUEST MEDIATION OR A DUE PROCESS HEARING, WRITE TO THE DIRECTOR FOR SPECIAL EDUCATION/SECTION 504 COORDINATOR AT THE ABOVE ADDRESS.

1. Mediation: an informal voluntary process, used by agreement of parent and school, in which school officials and parent(s) make a sincere effort to resolve all differences without a due process hearing.

2. Impartial Due Process Hearing: a formal proceeding in which an independent qualified hearing officer decides the issue. You may initiate a due process hearing without going through the mediation process.

   a. If you disagree with the school's evaluation of your child, you have the right to an independent educational evaluation of your child at public expense. However, the school may initiate a due process hearing to show that its evaluation is appropriate. If the final decision is that the evaluation is appropriate, you still have the right to an independent evaluation but not at public expense.

   b. If it is believed that information in your child's record is incorrect, misleading, or in violation of your child's right to privacy, you have the right to request that the information be changed or removed. If a disagreement occurs when information in your child's records is challenged, an opportunity for a due process hearing must be provided.

   c. During a due process hearing you have the following rights:

      i. Your child will remain in his/her present placement during the proceedings.

      ii. Your case will be heard no later than 45 calendar days after your initial request.

      iii. You have the right to obtain information regarding free or low-cost legal services and information as to where an independent educational evaluation may be obtained.

      iv. You have the right to have the 504 Coordinator appoint a reviewing officer to conduct an impartial review of the hearing within 30 calendar days if there is an appeal of the decision of the hearing officer by either party.

      v. You have the right to exhaust the school appeal mechanisms before seeking relief in due process hearings or court action.

      vi. You have the right to bring civil action in the appropriate court when all administrative procedures have been completed.

A TRADITION OF EXCELLENCE FOR ALL
LCS
LYNCHBURG CITY SCHOOLS

SCHOOL ADMINISTRATION BUILDING
915 Court Street
P. O. Box 2497
Lynchburg, VA 24505-2497
www.lcsedu.net

**Date: May 15, 2026**

[redacted]

**RE** [redacted]

Dear Ms. Parr,

The Lynchburg City School Board Discipline Committee met last evening, May 14, 2026, and reviewed all the facts presented by Dr. Daniel Rule, E.C. Glass High School. Dr. Rule recommended that [redacted] be suspended for ten days with a recommendation for a 364-day long-term suspension and alternative placement for BSO 13: Possession or use of portable communication devices in violation of school policy.

**After careful review, the school board determined** [redacted] **will be suspended for 90 days and receive Home Educational Services.** [redacted] **is able to return to his base school December 14, 2026.** This unanimous decision is final and not appealable per policy JGD/JGE. If you would like information about community-based educational, training, and intervention programs, please contact the office of Student Services.

[redacted] **is not permitted on E.C. Glass High School property to participate in E.C. Glass High School activities or be on Lynchburg City School grounds (or other properties where LCS events are held) during the suspension window.**

If you have any questions, please do not hesitate to contact me at 434-515-5035.

Sincerely,

*Lori Walter*

Lori Walter
Division Case Manager

cc: Dr. Christopher Sumner, Director of Student Services & Discipline Hearing Officer
Ms. Tracy Piestrak, Student Services Supervisor
Dr. Dani Rule, E.C. Glass High School Principal
Dr. Lerla Pettiford, E.C. Glass High School Counseling Director
Anna Baker, E.C. Glass Attendance Clerk/Coordinator
Frida Mitchell/Nicole Chalmers, Home Educational Services Liaison

EXHIBIT C

A TRADITION OF EXCELLENCE FOR ALL
LCS
LYNCHBURG CITY SCHOOLS

Christopher Sumner <sumnercm@lcsedu.net>

# [redacted] School Board Determination

1 message

**Lori Walter** <walterll@lcsedu.net> Fri, May 15, 2026 at 9:34 AM
To: sceauncia@hotmail.com
Bcc: sumnercm@lcsedu.net

Good morning. Please see the attached determination from the School Board Discipline Committee meeting held Thurs., May 14, 2026.

Respectfully,

Lori Walter
Division Case Manager
Administration Building
Lynchburg City Schools
915 Court Street
Lynchburg, VA 24504
Office Phone: (434) 515-5000 ext. 40094
Fax: (434) 455-4140

*This e-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.*

**[redacted] School Board Determination (1).pdf**
120K

A TRADITION OF EXCELLENCE FOR ALL
LCS
LYNCHBURG CITY SCHOOLS

E. C. GLASS HIGH SCHOOL
2111 Memorial Avenue
Lynchburg, VA 24501-5599
(434) 515-5370 || Fax: (434) 522-3741
www.lcsedu.net/schools/ecg

To the School Board,

[redacted]

EXHIBIT D

A TRADITION OF EXCELLENCE FOR ALL
LCS
LYNCHBURG CITY SCHOOLS

Christopher Sumner <sumnercm@lcsedu.net>

## [redacted] Letter of Support

2 messages

**Dani Rule** <ruledj@lcsedu.net> Wed, May 13, 2026 at 1:13 PM
To: Travis Marshall <marshallts@lcsedu.net>
Cc: Christopher Sumner <sumnercm@lcsedu.net>

Good afternoon Mr. Marshall,

I had shared one of these 'letters of support' for a student that is appearing before the board. I wanted to make sure you have it as Dr. Sumner shared that you would be facilitating the hearing. I've had character support in the past (my first year) but this is the first this year.

I'll pass them to you as they come in.

(Dr. Sumner, please let me know if this is the correct process)

Respectfully,
Dani

---------- Forwarded message ---------

[redacted]

--
Dani J. Rule, Ed.D
*Keep Climbing! No Excuses.*
Principal
E.C.Glass High School
2111 Memorial Ave., Lynchburg, VA 24501

Phone: (434) 515-5370
Fax:(434) 522-3727
This e-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes or disclose its contents to any other person. Thank you for your cooperation.

*This e-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.*

---

**Travis Marshall** <marshallts@lcsedu.net> Wed, May 13, 2026 at 2:48 PM
To: Christopher Sumner <sumnercm@lcsedu.net>

Here is the other letter Dr. Rule sent me. Unsure if they go into the file for hearing... not sure of the process.




[Quoted text hidden]
[Quoted text hidden]

To Whom It May Concern,

[redacted]

May 13, 2026

Dear Members of the Lynchburg School Board,

[redacted]

To Whom It May Concern,

[redacted]