Exhibit 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SCEAUNCIA PARR, individually and as next friend of W.C.P., a minor; and W.C.P., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>LYNCHBURG CITY SCHOOL BOARD,<br><br>Defendants. | Case No. 6:26-cv-95 |

**DECLARATION OF DEPUTY SUPERINTENDENT, LYNCHBURG CITY SCHOOLS**

I, Dr. Jennifer Davis, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and submit this declaration based upon my personal knowledge.

2. I submit this Declaration on behalf of Defendant Lynchburg City School Board for use in the above-captioned case.

3. I serve as the Deputy Superintendent of Lynchburg City Schools ("LCS"), and have held that position since 2025. In this capacity, my responsibilities include oversight of LCS a number of programs and departments concerning student services (including behavior and disciplinary matters), teaching and learning, special education, and information technology.

4. As Deputy Superintendent of LCS, I am knowledgeable about E.C. Glass High School's and LCS's response to W.C.P.'s misconduct at issue in this case on May 5, 2026.

5. The next morning (May 6), parents of a number of Jefferson Forest students/players on W.C.P.'s "JF chirps" list began contacting LCS Adminstration offices and/or

E.C. Glass's then-Principal Daniel Rule, to express their concerns about the list. They believed that it was an effort by the E.C. Glass boys' lacrosse team to intimidate J.F. players at the game with targeted "chirps" about [redacted]—well beyond customary "trash talk." They also expressed concern about the players' safety, if the next day's match were to unfold as planned.

6. LCS Administration determined that W.C.P.'s list and the fallout had enflamed tensions between the E.C. Glass and Jefferson Forest lacrosse teams, students and families to such an extent that the May 7, 2026 match had to be postponed. This match was not rescheduled and ultimately treated as a "forfeit."

7. Parents and other community members shared how W.C.P.'s list and its circulation was having a significant harmful impact. [redacted]. These were two notable instances but there were more.

8. While the E.C. Glass and Jefferson Forest girls lacrosse match was held the following week (May 13), these stakeholders determined that the match required an increased security presence (three Lynchburg Police Department or "LPD" officers, instead of one, as customary), additional supervision from school administrators and athletics staff, and detailed

procedures to ensure pre- and post-game separation for the teams, each school's students and other spectators.

9. The E.C. Glass and Jefferson Forest boys lacrosse teams played two weeks later in the regional semi-finals on May 27. The administrations of E.C. Glass and Jefferson Forest had to participate in a much greater degree of coordination and detailed pre- and post-game planning than is typical, to ensure a safe and uninterrupted match. Administrators of each school met with the lacrosse players and their families before the match to communicate behavioral expectations and contest procedures; arrival and departure procedures for each team and their supporting fans were put into place and followed.

I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on: 8/17/26

Dr. Jennifer Davis