CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/17/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

SCEAUNCIA PARR, INDIVIDUALLY AND AS NEXT FRIEND OF W.C.P., A MINOR, AND W.C.P., A MINOR,

*Plaintiffs,*

v.

LYNCHBURG CITY SCHOOL BOARD,

*Defendant.*

CASE NO. 6:26-CV-00095

**ORDER**

JUDGE NORMAN K. MOON

Defendant Lynchburg City School Board ("LCS") moves to file an unredacted version of its brief in opposition to Plaintiffs' motion for a temporary restraining order, as well as accompanying exhibits, under seal. Dkt. 12. LCS asserts this brief and its accompanying exhibits "identify specific third-party minor students and their personal and sensitive information." *Id.* ¶ 4.

The Court **GRANTS** the motion, concluding that protecting W.C.P.'s detailed and sensitive information, as well as the information regarding the third-party minor students, is a compelling interest; there is a substantial probability that without sealing, they would be harmed; and no alternative to sealing would provide adequate protection. *See Doe v. Pub. Citizen*, 749 F.3d 246, 272 (4th Cir. 2014)*; U.S. v. Harris*, 890 F.3d 480, 492 (4th Cir. 2018) ("Courts have recognized that an interest in protecting the physical and psychological well-being of individuals related to the litigation . . . may justify restricting access.").

The Clerk is directed to file the unredacted version of LCS' opposition, as well as Exhibits 1-6, under seal indefinitely. *See* Standing Order, No. 2025-9 (2025); Standing Order, No. 2024-5

(2024); W.D. Va. Gen R. 9(b) (outlining sealing procedures). Plaintiffs shall provide any objections to this motion at the hearing scheduled for 1:00pm on August 17, 2026.

It is **SO ORDERED.**

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this 17th of August, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE