**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

**Sceauncia Parr and W.C.P. (a minor)**

**vs.**

**Lynchburg City School Board**

Action No: 6:26CV00095

Date: August 17, 2026

Judge: Norman K. Moon

Court Reporter: Mary Butenschoen

Deputy Clerk: Carmen Amos

Plaintiffs' Attorney
Elliott M. Harding

Defendant's Attorney
Robert A. DeRise

Also Present:
Hope Townes, Assistant City Attorney
Dr. Midgette, LCS Superintendent
Dr. Davis, LCS Deputy Superintendent

**LIST OF WITNESSES**

PLAINTIFFS:
1. Sceauncia Parr - sworn

DEFENDANT:
1.

**PROCEEDINGS:**
Parties present for hearing on ECF No. 7 – Motion for Preliminary Injunction and Temporary Restraining Order filed by Plaintiffs. Plaintiffs come before the Court today requesting a TRO.

Arguments/remarks from Plaintiffs' counsel. Questions by Court. Arguments/remarks by Defendant's counsel.

Plaintiffs present evidence by way of testimony and exhibits. Plaintiffs' Exhibits 1 – 6 offered and admitted. Cross by Defendant. Redirect by Plaintiffs.

Further arguments by counsel. The Court should have an Order entered by 5:00 p.m.

Time in Court: 12:59 – 2:41; 2:50 – 3:40 p.m. (2 hours, 32 minutes)