✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

Sceauncia Parr, et al.

V.

Lynchburg City School Board

## EXHIBIT AND WITNESS LIST

Case Number: 6:26CV00095

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Norman K. Moon | Elliott M. Harding | Robert A. DeRise |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/17/2026 | Mary Butenschoen | Carmen Amos |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/17/2026 | Yes | Yes | LCS Document (with notes) re: Student/Parent Due Process Rights - Short-Term Suspensions |
| | | | | | (10 suspension days or less) and LCS Document (with notes) re: Section 504, Parent Rights |
| | | | | | and Procedural Safeguards -- (Witness: S. Parr) |
| 2 | | 8/17/2026 | Yes | Yes | *SEALED* -- Behavior Detail Report -- (Witness: S. Parr) |
| 3 | | 8/17/2026 | Yes | Yes | *SEALED* -- Email dated 5/7/2026 from Mrs. Parr to Dr. Daniel Rule -- (Witness: S. Parr) |
| 4 | | 8/17/2026 | Yes | Yes | Cell Phone Transcription of voicemail from 5/8/2026 to Mrs. Parr from Krista King from LCS -- |
| | | | | | (Witness: S. Parr) |
| 5 | | 8/17/2026 | Yes | Yes | *SEALED* -- LCS Document (with notes) re: Notice of Long-Term Suspension Recommendation |
| | | | | | Behavior Detail Report, LCS Document re: Student/Parent Due Process Rights - Short-Term |
| | | | | | Suspensions (10 suspension days or less) and LCS Document re: Section 504, Parent Rights |
| | | | | | and Procedural Safeguards -- (Witness: S. Parr) |
| 6 | | 8/17/2026 | Yes | Yes | *SEALED* -- LCS Letter to Mrs. Parr dated 5/15/2026 re: School Board's Decision -- |
| | | | | | (Witness: S. Parr) |
| | | | | | |
| | | | | | |
| | | | | | NOTE: For any Exhibit filed UNDER SEAL, a REDACTED Version is attached here; those |
| | | | | | Exhibits are filed UNDER SEAL at the direction of Chambers. |
| | | | | | |
| | | | | | **All exhibits were offered and admitted on 8/17/2026 during TRO Hearing** |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.