PLAINTIFF'S EXHIBIT 1

PENGAD 800-631-6989

A TRADITION OF EXCELLENCE FOR ALL

LCS

LYNCHBURG CITY SCHOOLS

Sent via email from Rule on 5/7/26

# STUDENT/PARENT DUE PROCESS RIGHTS

## Short-Term Suspensions (10 suspension days or less)

1. The student should be given the opportunity for an informal hearing, be told of the allegations and be given an opportunity to respond before any discipline decisions are rendered.

After which, the hard copy that came in stating Long Term Recommendation on 5/15/26

2. If the school administrator decides to suspend the student for 10 days or less, the administrator shall attempt to contact the parent/guardian by telephone on the day of the suspension to inform him/her of the incident and the disciplinary action. The administrator will also give the student a written notice of the suspension and mail a copy to the student's parent/guardian.

the day after Board met 5/14/26

3. The parent/guardian has the right to request a review a short term suspension if he/she (a) disputes the facts of the case, (b) believes his/her student's rights have been violated, or (c) disputes the length of the suspension.

same letter (dated 5/7/26) stated

X 4. To request a review of a suspension, the parent/guardian must make a request to the building principal within two school day of the notice of suspension. **<u>If the parent/guardian does not make a request within two school day, the right to a review is waived.</u>**

Student not to attend until after Long Term/hearing: TBD?!

5. After meeting with the building principal, the parent/guardian must make a written or verbal request to the Director of Student Services within **two** school days of the notice of suspension. **<u>If the parent/guardian does not make a request within two school days, the right to a review is waived.</u>**

6. The student will remain in the school pending the outcome of the review, unless the principal deems the situation dangerous or disruptive to the school environment in which case the student will not be allowed to remain in the school pending the outcome of the review. - per Rule's discretion. - EG

7. The Director or Supervisor of Student Services shall inform the parent/guardian of the decision of the Superintendent or the Superintendent's designee to confirm, reduce, or disapprove a suspension. The decision of the Superintendent or Superintendent's designee is final and cannot be appealed to the School Board.

8. Students with disabilities are entitled to:

a. The same due process rights available to non-disabled students. In addition, students with disabilities are entitled to the procedural protections available under the Individuals with Disabilities Education Act, as amended, and/or Section 504 of the Rehabilitation Act of 1973, as amended, and any applicable federal and state implementing regulations. The procedures outlined in Policy JGDA must also be followed.

b. A short-term suspension may result in a change of placement and trigger the procedural protections (including provision of the procedural safeguards notice and a manifestation determination review), when:

i. The cumulative number of short-term suspensions exceeds ten days of removal; and

ii. After conducting a pattern analysis, the school administration determines that there is a pattern to the child's behavior.

c. If the student is eligible for special education services and the short term suspension will result in a change of placement, the student's parent must be sent notice that same day of the recommended disciplinary removal and provided with a copy of Your Family's Special Education Rights Virginia Procedural Safeguard Notice.

d. If the student is eligible under Section 504 of the Rehabilitation Act, the student's parent must be provided with a copy of the Section 504 Parental Rights and Procedural Safeguards.

LYNCHBURG CITY SCHOOLS
10TH AND COURT STREETS
LYNCHBURG, VA 24504

SECTION 504

PARENT RIGHTS AND PROCEDURAL SAFEGUARDS
*(For students eligible under section 504 of the Rehabilitation Act)*

**Free Appropriate Education.** You have the right to a free and appropriate public education in the least restrictive environment for your child.

1. Your child is to be educated with nonhandicapped, age-appropriate children to the maximum extent appropriate.

2. All assessments needed for evaluation are to be provided at no cost to you.

**Information.** You have the right to be fully informed about your child. This means that:

1. You must be informed of the nature of tests and evaluation utilized by the school to assess your child. These tests and evaluations must not be either culturally or racially discriminatory.

2. You must receive written notice when the school proposes or refuses to evaluate your child or to change the educational placement of your child.

3. You must receive a copy of your child's Section 504 Accommodation Plan at no cost to you.

4. Your child's educational records, evaluations, and reports must be treated in a confidential manner and must be made available for you to inspect and review upon request. The school must grant your request immediately if possible, but in no case more than five administrative working days after the date of your request. If the school determined that it is practically impossible to provide the requested records or to determine whether they are available within the five administrative working days, you must be informed and then the school will have an additional seven working days to provide the requested records.

**Consent.** You have the right to give written permission before:

1. Your child is given individual tests or evaluations.

2. A significant change in your child's educational placement is made. This does not apply to expulsion and graduation.

3. Any confidential information is released to another agency.

**Note: Release of academic records will be implemented as per the management of students scholastic records.**

**Participation.** You have the right to the opportunity to participate in conferences regarding the development of your child's Section 504 Accommodation Plan.

**Parent/School Disagreement.** You have the right to disagree on matters relating to the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education. Both you and the school may request informal mediation and/or an impartial due process hearing to appeal refusals for evaluation or the provision of services. TO REQUEST MEDIATION OR A DUE PROCESS HEARING, WRITE TO THE DIRECTOR FOR SPECIAL EDUCATION/SECTION 504 COORDINATOR AT THE ABOVE ADDRESS.

1. Mediation: an informal voluntary process, used by agreement of parent and school, in which school officials and parent(s) make a sincere effort to resolve all differences without a due process hearing.

2. Impartial Due Process Hearing: a formal proceeding in which an independent qualified hearing officer decides the issue. You may initiate a due process hearing without going through the mediation process.

   a. If you disagree with the school's evaluation of your child, you have the right to an independent educational evaluation of your child at public expense. However, the school may initiate a due process hearing to show that its evaluation is appropriate. If the final decision is that the evaluation is appropriate, you still have the right to an independent evaluation but not at public expense.

   b. If it is believed that information in your child's record is incorrect, misleading, or in violation of your child's right to privacy, you have the right to request that the information be changed or removed. If a disagreement occurs when information in your child's records is challenged, an opportunity for a due process hearing must be provided.

   c. During a due process hearing you have the following rights:

      i. Your child will remain in his/her present placement during the proceedings.

      ii. Your case will be heard no later than 45 calendar days after your initial request.

      iii. You have the right to obtain information regarding free or low-cost legal services and information as to where an independent educational evaluation may be obtained.

      iv. You have the right to have the 504 Coordinator appoint a reviewing officer to conduct an impartial review of the hearing within 30 calendar days if there is an appeal of the decision of the hearing officer by either party.

      v. You have the right to exhaust the school appeal mechanisms before seeking relief in due process hearings or court action.

      vi. You have the right to bring civil action in the appropriate court when all administrative procedures have been completed.