PLAINTIFF'S EXHIBIT 2
PENGAD 800-631-6989

# Behavior Detail Report

REDACTED

Name: Grade: 11

AMENDED

**25-26 ECG** **Total Demerits/Points: 0**

| | | | |
|---|---|---|---|
| **Alignment:** | Discipline | | |
| **Date/Time:** | 05/05/2026 11:55 AM | **Submitted:** | 05/06/2026 1:07 PM |
| **Damages:** | 0.00 | **Submitted By:** | RULE, DANIEL |
| **Location:** | Classroom1 | | |
| **Location Description:** | | | |
| **Context:** | During regular school day | | |
| **Context Description:** | | | |
| **Incident Details:** | The student ~~posted~~ [Sent] [Did not Post – Offense] an inappropriate snapchat ~~post~~ [Picture] during class and sent it to a [private] group of friends at another school. | | |

**Event 1:** Possession or use of portable communication devices in violation of school policy

| | | | |
|---|---|---|---|
| **Role:** | Offender | **Demerits/Points:** | 0 |
| **Injury:** | No Injury | | |
| **Injury Description:** | | | |
| **Medical Service Provided:** | No | | |
| **Participant Details:** | shared that he shared a picture in Snapchat with a group of three girls from another school. It was a list of JF lacrosse players names and inappropriate remarks about them. This "snap" included many comments next to player names like, (the picture is attached). This "snap" was shared by those friends beyond the group and was seen by other students as well as adults in the community. The impact of this post has involved resources beyond the school (like Lynchburg Police Department) to ensure the safety of the environment of an upcoming game between the two schools. | | |

Thur 5/7 - Emailed Dr. R for suspension review

**Resolution 1:** Short term suspension with Instructional Support

| | | | |
|---|---|---|---|
| **Assign Date:** | 05/06/2026 | | |
| **Start Date:** | 05/06/2026 | **Start Time:** | 10:00 AM |
| **End Date:** | 05/19/2026 | **End Time:** | |

**Behavior Admin Staff Name:** RULE, DANIEL

**Duration:** 10.00 Days

**Attendance Code:** AOS: ABSENT OUT-OF-SCHOOL SUSPENSION

**Resolution Details:** The student will be suspended for 10 days and appear before the division disciplinary committee and/or long term suspension hearing officer, Dr. Sumner. Should you want a 'Suspension Review' you must request this by emailing Dr.Rule (ruledj@lcsedu.net) or contacting Mrs. Carter-Waller (cartertn@lcsedu.net) in our front office within 24 hours of being aware of this referral. The parent has been notified of the resolution and her rights for a suspension review. The office of student services will be in touch via Ms. King (kingcn@lcsedu.net). If you have questions for the office of student services please put them in writing to Ms. King, the administrative assistant for Student Services, at kingcn@lcsedu.net

[illegible]

Parent/Guardian ____________________ Date ____________________

Administrator ____________________ Date ____________________