REDACTED

PLAINTIFF'S EXHIBIT 3
PENGAD 800-631-6989

**From** a ... < @hotmail.com>
**Sent:** May 7, 2026 7:04 PM
**To:** Dani Rule <ruledj@lcsedu.net>
**Subject:** Re: Follow Up

Hello! Per our conversation today, I am formally requesting to have 's suspension reviewed asap.

Thank you,

Sceauncia Parr

---

**From:** Dani Rule <ruledj@lcsedu.net>
**Sent:** Thursday, May 7, 2026 2:08 PM
**To:** @hotmail.com
< @hotmail.com>
**Subject:** Follow Up