PLAINTIFF'S EXHIBIT 4
PENGAD 800-631-6989

10

ST

School Board ›

May 8, 2026 at 9:48 AM

00:00 -00:31

Transcript (low confidence)

Hi, this is Krista King from Lynchburg city school. This message is for Miss Parr I received. Notification that you would like a suspension reviewed. I am calling to get a summary of what part of the suspension you would like.

Reviewed if you could give me a call back at 434-515-5099. I'll be able to assist you thank you have a good day.

