REDACTED

PLAINTIFF'S EXHIBIT 5
PENGAD 800-631-6989

Arrived via Postal 5/15/26

A TRAD... R ALL

LYNCHBURG CITY SCHOOLS

## Notice of Long-Term Suspension Recommendation

* Doesn't have the Ammended Referral language.

TO: Sceauncia Parr Today's Date: 5/7/2026 *I never signed any Refferals

RE:

Suspension Begins: 5/6/2026 Date of Incident: 5/6/2026
Student may not return to school until after Long Term Hearing: TBD

**Student Data**
Date of Birth: Grade: 11 Student Number:
Date(s) of previous suspensions, current school year only:N/A

**Principal's Statement**
This is to notify you that I am suspending for 10 school days and that I will forward a recommendation to the superintendent that the LCS Hearing Officer or Lynchburg City School Board consider a:

☒Long-term suspension for up to 364 days and placement at alternative education.
☐Expulsion 365 days with review by the School Disciplinary Committee for re-admittance.

is not to be at school, at any school activities, or on any Lynchburg City School's grounds for any reason during the period of this suspension. ~~If inclement weather~~, add one day for each day school is not in session.

**<u>VDOE Offense Code(s) Violated by Student</u>**: Not Doc. Rule Ammended like Behavioral Rpt #2
BSO13

**Summary of Incident:** The student posted an inappropriate snapchat post during class and sent it to a group of friends at another school. shared that he posted a picture, which was a list of JF lacrosse players names, on Snapchat and sent to a group of friends. This post included many comments next to player names like, (the picture is attached). This post was shared beyond the group of friends and was seen by other students as well as adults in the community. The impact of this post has involved resources beyond the school (like Lynchburg Police Department) to ensure the safety of the environment of an upcoming game between the two schools

---

(☒) The student has been informed of the reasons for the suspension and given an opportunity to respond to the charges. In an office w/o me. By Arrival of this letter - Decission made - no time to prepare or told what would happen.
(☒)The parent has been informed, by telephone or in person, of the reasons for the suspension recommendation, the length of suspension, educational options while on

Not told on "Refferal" any code, 10 DAYS until this & the final Decission ltr!



The School Board had this document, Not me, the un Ammended version!

suspension, and the student has the right to return at the end of the suspension. The parent may contact the school Principal if they wish to request a review.

(☐)The parent was unable to be contacted by phone, a message was left with the emergency contact for the parent to return the call to the administrator.

(☐) The emergency contact was not available by phone, a message was left with the emergency contact for the parent to return the call to the administrator.

Principal

Assistant Principal

Original to Parent
Copies to: School Principal
Director of Student Services

# Behavior Detail Report

**Name:** **Grade: 11**

---

**25-26 ECG** **Total Demerits/Points: 0**

| | | | |
|---|---|---|---|
| **Alignment:** | Discipline | | |
| **Date/Time:** | 05/05/2026 11:55 AM | **Submitted:** | 05/06/2026 1:07 PM |
| **Damages:** | 0.00 | **Submitted By:** | RULE, DANIEL |
| **Location:** | Classroom1 | | |
| **Location Description:** | | | |
| **Context:** | During regular school day | | |
| **Context Description:** | | | |
| **Incident Details:** | The student posted an inappropriate snapchat post during class and sent it to a group of friends at another school. | | |
| **Event 1:** | Possession or use of portable communication devices in violation of school policy | | |
| **Role:** | Offender | **Demerits/Points:** | 0 |
| **Injury:** | No Injury | | |
| **Injury Description:** | | | |
| **Medical Service Provided:** | No | | |
| **Participant Details:** | shared that he posted a picture, which was a list of JF lacrosse players names, on Snapchat and sent to a group of friends. This post included many comments next to player names like, ' (the picture is attached). This post was shared beyond the group of friends and was seen by other students as well as adults in the community. The impact of this post has involved resources beyond the school (like Lynchburg Police Department) to ensure the safety of the environment of an upcoming game between the two schools. | | |
| **Resolution 1:** | Short term suspension with Instructional Support | | |
| **Assign Date:** | 05/06/2026 | | |
| **Start Date:** | 05/06/2026 | **Start Time:** | 10:00 AM |
| **End Date:** | 05/19/2026 | **End Time:** | |

**Behavior Admin Staff Name:** RULE, DANIEL

**Duration:** 10.00 Days

**Attendance Code:** AOS: ABSENT OUT-OF-SCHOOL SUSPENSION

**Resolution Details:** The student will be suspended for 10 days and appear before the division disciplinary committee and/or long term suspension hearing officer, Dr. Sumner. Should you want a 'Suspension Review' you must request this by emailing Dr.Rule (ruledj@lcsedu.net) or contacting Mrs. Carter-Waller (cartertn@lcsedu.net) in our front office within 24 hours of being aware of this referral. The parent has been notified of the resolution and her rights for a suspension review. The office of student services will be in touch via Ms. King (kingcn@lcsedu.net). If you have questions for the office of student services please put them in writing to Ms. King, the administrative assistant for Student Services, at kingcn@lcsedu.net

______________________________ ________________
Parent/Guardian Date

______________________________ ________________
Administrator Date

**STUDENT/PARENT DUE PROCESS RIGHTS**
**Short-Term Suspensions (10 suspension days or less)**

1. The student should be given the opportunity for an informal hearing, be told of the allegations and be given an opportunity to respond before any discipline decisions are rendered.

2. If the school administrator decides to suspend the student for 10 days or less, the administrator shall attempt to contact the parent/guardian by telephone on the day of the suspension to inform him/her of the incident and the disciplinary action. The administrator will also give the student a written notice of the suspension and mail a copy to the student's parent/guardian.

3. The parent/guardian has the right to request a review of a short term suspension if he/she (a) disputes the facts of the case, (b) believes his/her student's rights have been violated, or (c) disputes the length of the suspension.

4. To request a review of a suspension, the parent/guardian must make a request to the building principal within two school day of the notice of suspension. **If the parent/guardian does not make a request within two school day, the right to a review is waived.**

5. After meeting with the building principal, the parent/guardian must make a written or verbal request to the Director of Student Services within **two** school days of the notice of suspension. **If the parent/guardian does not make a request within two school days, the right to a review is waived.**

6. The student will remain in the school pending the outcome of the review, unless the principal deems the situation dangerous or disruptive to the school environment in which case the student will not be allowed to remain in the school pending the outcome of the review.

7. The Director or Supervisor of Student Services shall inform the parent/guardian of the decision of the Superintendent or the Superintendent's designee to confirm, reduce, or disapprove a suspension. The decision of the Superintendent or Superintendent's designee is final and cannot be appealed to the School Board.

8. Students with disabilities are entitled to:

   a. The same due process rights available to non-disabled students. In addition, students with disabilities are entitled to the procedural protections available under the Individuals with Disabilities Education Act, as amended, and/or Section 504 of the Rehabilitation Act of 1973, as amended, and any applicable federal and state implementing regulations. The procedures outlined in Policy JGDA must also be followed.

LYNCHBURG CITY SCHOOLS
10TH AND COURT STREETS
LYNCHBURG, VA 24504

# SECTION 504

## PARENT RIGHTS AND PROCEDURAL SAFEGUARDS
*(For students eligible under section 504 of the Rehabilitation Act)*

**Free Appropriate Education.** You have the right to a free and appropriate public education in the least restrictive environment for your child.

1. Your child is to be educated with nonhandicapped, age-appropriate children to the maximum extent appropriate.

2. All assessments needed for evaluation are to be provided at no cost to you.

**Information.** You have the right to be fully informed about your child. This means that:

1. You must be informed of the nature of tests and evaluation utilized by the school to assess your child. These tests and evaluations must not be either culturally or racially discriminatory.

2. You must receive written notice when the school proposes or refuses to evaluate your child or to change the educational placement of your child.

3. You must receive a copy of your child's Section 504 Accommodation Plan at no cost to you.

4. Your child's educational records, evaluations, and reports must be treated in a confidential manner and must be made available for you to inspect and review upon request. The school must grant your request immediately if possible, but in no case more than five administrative working days after the date of your request. If the school determined that it is practically impossible to provide the requested records or to determine whether they are available within the five administrative working days, you must be informed and then the school will have an additional seven working days to provide the requested records.

**Consent.** You have the right to give written permission before:

1. Your child is given individual tests or evaluations.

2. A significant change in your child's educational placement is made. This does not apply to expulsion and graduation.

3. Any confidential information is released to another agency.

**Note: Release of academic records will be implemented as per the management of students scholastic records.**

**Participation.** You have the right to the opportunity to participate in conferences regarding the development of your child's Section 504 Accommodation Plan.

**Parent/School Disagreement.** You have the right to disagree on matters relating to the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education. Both you and the school may request informal mediation and/or an impartial due process hearing to appeal refusals for evaluation or the provision of services. TO REQUEST MEDIATION OR A DUE PROCESS HEARING, WRITE TO THE DIRECTOR FOR SPECIAL EDUCATION/SECTION 504 COORDINATOR AT THE ABOVE ADDRESS.

1. Mediation: an informal voluntary process, used by agreement of parent and school, in which school officials and parent(s) make a sincere effort to resolve all differences without a due process hearing.

2. Impartial Due Process Hearing: a formal proceeding in which an independent qualified hearing officer decides the issue. You may initiate a due process hearing without going through the mediation process.

   a. If you disagree with the school's evaluation of your child, you have the right to an independent educational evaluation of your child at public expense. However, the school may initiate a due process hearing to show that its evaluation is appropriate. If the final decision is that the evaluation is appropriate, you still have the right to an independent evaluation but not at public expense.

   b. If it is believed that information in your child's record is incorrect, misleading, or in violation of your child's right to privacy, you have the right to request that the information be changed or removed. If a disagreement occurs when information in your child's records is challenged, an opportunity for a due process hearing must be provided.

   c. During a due process hearing you have the following rights:

      i. Your child will remain in his/her present placement during the proceedings.

      ii. Your case will be heard no later than 45 calendar days after your initial request.

      iii. You have the right to obtain information regarding free or low-cost legal services and information as to where an independent educational evaluation may be obtained.

      iv. You have the right to have the 504 Coordinator appoint a reviewing officer to conduct an impartial review of the hearing within 30 calendar days if there is an appeal of the decision of the hearing officer by either party.

      v. You have the right to exhaust the school appeal mechanisms before seeking relief in due process hearings or court action.

      vi. You have the right to bring civil action in the appropriate court when all administrative procedures have been completed.