REDACTED

A TRADITION OF EXCELLENCE FOR ALL
LCS
LYNCHBURG CITY SCHOOLS

SCHOOL ADMINISTRATION BUILDING
915 Court Street
P. O. Box 2497
Lynchburg, VA 24505-2497
www.lcsedu.net

PLAINTIFF'S EXHIBIT
6
PENGAD 800-631-6989

**Date: May 15, 2026**

Lynchburg, VA 24503

**RE:**

Dear Ms. Parr,

The Lynchburg City School Board Discipline Committee met last evening, May 14, 2026, and reviewed all the facts presented by Dr. Daniel Rule, E.C. Glass High School. Dr. Rule recommended that be suspended for ten days with a recommendation for a 364-day long-term suspension and alternative placement for BSO 13: Possession or use of portable communication devices in violation of school policy.

**After careful review, the school board determined will be suspended for 90 days and receive Home Educational Services. is able to return to his base school December 14, 2026.** This unanimous decision is final and not appealable per policy JGD/JGE. If you would like information about community-based educational, training, and intervention programs, please contact the office of Student Services.

**is not permitted on E.C. Glass High School property to participate in E.C. Glass High School activities or be on Lynchburg City School grounds (or other properties where LCS events are held) during the suspension window.**

If you have any questions, please do not hesitate to contact me at 434-515-5035.

Sincerely,

*Lori Walter*

Lori Walter
Division Case Manager

cc: Dr. Christopher Sumner, Director of Student Services & Discipline Hearing Officer
Ms. Tracy Piestrak, Student Services Supervisor
Dr. Dani Rule, E.C. Glass High School Principal
Dr. Lerla Pettiford, E.C. Glass High School Counseling Director
Anna Baker, E.C. Glass Attendance Clerk/Coordinator
Frida Mitchell/Nicole Chalmers, Home Educational Services Liaison