CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
August 19, 2026
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

SCEAUNCIA PARR, INDIVIDUALLY AND AS NEXT FRIEND OF W.C.P., A MINOR, AND W.C.P., A MINOR,

*Plaintiffs,*

v.

LYNCHBURG CITY SCHOOL BOARD,

*Defendant.*

CASE NO. 6:26-CV-00095

**SCHEDULING ORDER**

JUDGE NORMAN K. MOON

The Court previously granted the Plaintiffs' motion for a temporary restraining order ("TRO"). Dkt. 15. The TRO is set to expire August 31, 2026. To allow the parties sufficient time to brief a preliminary injunction motion and prepare for any hearing, the Court finds that good cause exists to extend the TRO until October 2, 2026.[1] To facilitate timely briefing of any preliminary injunction motion, the Court sets the following briefing and hearing schedule.

- By August 21, 2026, the parties **SHALL** contact Carmen Amos, Courtroom Deputy, to schedule a preliminary injunction hearing. The hearing **SHALL** be scheduled for either September 23, 24, or 25.
- By September 7, 2026, Plaintiffs **SHALL** file their request for a preliminary injunction.
- By September 21, 2026, Defendant **SHALL** file their response, including any defenses, to the preliminary injunction.

It is **SO ORDERED.**

[1] The Court relies on its authority under Federal Rule of Civil Procedure 65(b) to extend the TRO and set this briefing schedule.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this 19th day of August, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE