CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/16/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

SCEAUNCIA PARR, INDIVIDUALLY AND AS NEXT OF FRIEND OF W.C.P., A MINOR, AND W.C.P., A MINOR,

*Plaintiffs*,

v.

LYNCHBURG CITY SCHOOL BOARD,

*Defendant.*

CASE NO. 6:26-CV-00095

**ORDER**

JUDGE NORMAN K. MOON

This matter is hereby **REFERRED** for mediation with United States Magistrate Judge Joel Hoppe. The parties are **ORDERED** to contact Judge Hoppe's chambers within **three (3) business days** of this Order to schedule a conference.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this 16th day of September, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE